Julia Pollock and Others, as Executors, etc., Respondents, v. Samuel Sachs and Others, Individually and as Partners, etc., Appellants.— The order appealed from modified by directing that the order for examination shall provide that the examination of the defendant Samuel Sachs be limited to such facts as will tend to show that the plaintiffs are entitled to an accounting, to wit, to establish the agency of the defendants, and as so modified affirmed. without costs of this appeal. No opinion. Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ., concurred.

Julia Pollock and Others, Appellants, v. Samuel Sachs and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and stay vacated. No opinion.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Julia Pollock and Others, Appellants, v. Samuel Sachs and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of Charles B. Stockwell, Deceased.— Motion granted unless appellant complies with terms stated in order.    Present— Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of Philip Sussman.— Motion granted unless appellant complies with terms stated in order.    Present — Clarke, P. J., Laughlin Dowling, Page and Davis, JJ.

Josephine Waters v. John J. Donovan.— Motion granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of the Opening of the Bronx Boulevard.— Motion granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Victor Tedaldi v. Frank R. Hitchcock.— Motion granted, with ten dollars costs.    Present— Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

American and British Manufacturing Company v. International Power Company.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Cornelius P. Twomey v. Westcott Express Company.— Motion granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Robert A. Beatty v. Gustav L. Rosenberg.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York v. Ralph Guarano.— Motion granted.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York v. Agidia Damico.— Motion granted.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Angus K. Nicholson v. Charles S. Sprague.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ